# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14E0020. FORDHAM v. DEPARTMENT OF HUMAN RESOURCES.**

On April 2, 2014, David Fordham filed a motion for an extension of time to file an application for discretionary appeal from the order of the Superior Court of DeKalb County entered March 4, 2014, that denied his motion for reconsideration of the trial court's earlier order denying his motion to set aside a default judgment. See OCGA. See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011) (An appellate court has the authority to grant an extension of the time to file a discretionary application, pursuant to OCGA § 5-6-39 (a) (5), where the application for an extension is made before the expiration of the period for filing as originally prescribed.); *In the interest of S. M. B.*, 319 Ga. App. 125, 126 (735 SE2d 122) (2012) (accord); OCGA §§ 5-6-35 (a) (8) (An appeal from the denial of a motion to set aside shall be by application for a discretionary appeal.); 5-6-39 (d) (An application for discretionary appeal must be filed "within 30 days of the entry of the order, decision, or judgment complained of[.]").

In support of his request, Fordham states that the transcript, presumably of the hearing on his motion for reconsideration, is not ready due to a misunderstanding concerning the request for preparation. Upon consideration of Fordham's request for an extension of time to file his application for a discretionary appeal, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/03/2014

    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*